NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO BELLO, CARLOS RUSSO and MARIO LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DS WATERS OF AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:12-cv-07434 DMG (PLAx)<br><br>[*Hon. Dolly M. Gee, Ctrm 7*]<br><br>**[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL INFORMATION**<br><br>Complaint Filed　　: June 13, 2012 |

1

**[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF CONFIDENTIAL INFORMATION**

15920750v.1

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties, Plaintiffs Julio Bello and Carlos Russo and Defendant DS Waters of America, Inc. (collectively, the "Parties"), shall comply with and be bound by the provisions of the Parties' Stipulation Re Protective Order, **as amended**.

**IT IS SO ORDERED.**

Dated:  August 5, 2013

_____
The Honorable Paul L. Abrams
United States Magistrate Judge