SEYFARTH SHAW LLP
Candice Zee (SBN 227453)
czee@seyfarth.com
Rishi Puri (SBN 252718)
rpuri@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
DS WATERS OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO BELLO, CARLOS RUSSO and MARIO LOPEZ,<br><br>            Plaintiffs,<br><br>       v.<br><br>DS WATERS OF AMERICA, INC., and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. CV12-7434 DMG (PLAx)<br><br>**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 16-15.7** |

NOTICE OF SETTLEMENT

15980992v.1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that pursuant to Central District Local Rule 16-15.7, Defendant DS Waters of America, Inc., has reached settlements with Plaintiffs Julio Bello and Carlos Russo in the above-entitled action. Pursuant to Federal Rule of Civil Procedure 41, the Parties will file a Request for Dismissal With Prejudice within 30 days of the date of this filing. DS Waters of America, Inc. does not waive any right to have its Motions for Summary Judgment heard should the case fail to settle.

SEYFARTH SHAW LLP

Dated: August 9, 2013     By:  */s/ Rishi Puri*
                               Candice Zee
                               Rishi Puri
                               Attorneys for Defendant
                               DS WATERS OF AMERICA, INC.

1

NOTICE OF SETTLEMENT

15980992v.1